UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 06 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 18CR309 |
| v. | § | CRIMINAL No. 4:18-CR- |
| | § | |
| WILLIAM ADOLFF SHELTON Jr., | § | |
| Defendant. | § | |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### Count One

On or about March 11, 2018, in the Houston Division of the Southern District of Texas,

**WILLIAM ADOLFF SHELTON Jr.,**

the defendant herein, knowingly made a false statement and representation to Aris Garcia, assistant general manager of Action Pawn, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Action Pawn, in that the defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, whereas in truth and in fact, he had been convicted of such a crime.

In violation of Title 18, United States Code, Section 924(a) (1) (A).

#### Count Two

On or about March 4, 2018 in the Houston Division of the Southern District of Texas, the defendant, **WILLIAM ADOLFF SHELTON Jr.,** having been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed in and affecting commerce, firearms, namely:

1. a Remington Arms Company, model 770, .270 caliber rifle; and

2. a Remington Arms Company, model 710, .30-06 caliber rifle,

both of which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, § 922(g) (1) and §924(a) (2).

### Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearms, magazine, and ammunition involved in violation of Title 18, United States Code, Section 924(a) (1) (A) as charged in Count One and Title 18, United States Code, Section 922(g) (1) as charged in Count Two are subject to forfeiture, including, but not limited to, the following:

1. a Remington Arms Company, model 770, .270 caliber rifle, serial # M71811995, with magazine and ammunition; and

2. a Remington Arms Company, model 710, .30-06 caliber rifle, serial # 71166600 with magazine and ammunition.

A TRUE BILL:

Original Signature on File
**FOREPERSON OF THE GRAND JURY**

**RYAN K. PATRICK**
**UNITED STATES ATTORNEY**
BY: _____
Joe Porto
Assistant United States Attorney