UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-18-309 |
| | § | |
| WILLIAM ADOLFF SHELTON | § | |

## SHELTON'S MOTION TO TRAVEL

WILLIAM ADOLFF SHELTON, through lawyer Ed Chernoff, files this unopposed motion to travel to Granbury, Texas, on July 27, 2018, thru and including July 29, 2018. This motion is unopposed, showing specifically:

1. Shelton is charged with one count of Making a False Statement to a Firearms Dealer and one count of Possession of a Firearm by Felon.

2. Shelton is currently set for trial on August 27, 2018.

3. He has followed all conditions of release.

4. He is a United States Citizen.

5. He wants to travel as part of a family trip, specifically:

   1. He would like to travel to Granbury, Texas in order to attend a family reunion;

   2. This reunion was scheduled prior to his arrest on these charges.

6. Undersigned has spoken with Assistant U.S. Attorney Joe Porto who has no opposition to this motion.

Shelton therefore respectfully asks that this Court grant him permission to travel.

Respectfully submitted,

/s/
_____

Ed Chernoff

State Bar No. 04175730
Federal No. 14061
917 Franklin, Suite 300
Houston, Texas 77002
Telephone: (713) 222-9141
Facsimile: (713) 236-1886
Email: emchernoff@HoustonCriminalLaw.com

Defendant's lawyer

## CERTIFICATE OF CONFERENCE

Joe Porto informed undersigned on July 11, 2018, that he has no opposition to this motion.

/s/
_____
Ed Chernoff

## CERTIFICATE OF SERVICE

I certify that copy of **SHELTON'S MOTION TO TRAVEL** has been sent to Assistant United States Attorney JOE PORTO and Pretrial Officer, Michael Cannon today, July 11, 2018, through ECF e-filing.

/s/
_____
Ed Chernoff